UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, Davis Medical Center,<br><br>     Plaintiff,<br><br>  v.<br><br>SWISSPORT USA, INC., a Delaware for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>     Defendants.<br>_____/ | NO. CIV. 2:12-366 WBS EFB<br><br>ORDER OF RECUSAL |

----oo0oo----

        The undersigned hereby recuses himself as the judge to whom this case is assigned.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1

1    Any dates previously set in this case are hereby
2 VACATED.
3 DATED: February 21, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE